IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUTIERREZ FLORES,<br>　　　　　　Petitioner,<br><br>　　　v.<br><br>FEDERAL DETENTION CENTER<br>PHILADELPHIA, *et al.*,<br>　　　　　　Respondents. | Civil No. 2:26-cv-00404-JLS |

## ORDER

**AND NOW**, this 23rd day of January, 2026, upon consideration of Plaintiff Rene Gutierrez Flores's Petition for Writ of Habeas Corpus (ECF No. 1), his Motion for a Temporary Restraining Order (ECF No. 2) and the accompanying Memorandum of Law, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for a Temporary Restraining Order is **GRANTED**. Respondents are **ENJOINED** from removing or transferring Plaintiff from the Eastern District of Pennsylvania pending further order of this Court; and

2. Respondents shall file any responses in opposition to Plaintiff's Petition for Writ of Habeas Corpus on or before **Wednesday, January 28, 2026, at 5:00 PM**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Schmehl*
　　　　　　　　　　　　　　　　　　　　　**JEFFREY L. SCHMEHL**
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge